JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE COSME SANDOVAL,<br><br>        Plaintiff,<br><br>    v.<br><br>CAL. DEP'T OF CORR. & REHAB., et al.,<br><br>        Defendants. | Case No. 2:23-cv-00532-JLS (SK)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action, IT IS ADJUDGED that this action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

DATED: March 30, 2023

JOSEPHINE L. STATON
United States District Judge